United States District Court
Southern District of Texas
**ENTERED**

JUL 1 6 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CRIMINAL NO. B-08-310 |
| Alberto Carlos Hernandez-Contreras | § | |

## ORDER

BE IT REMEMBERED on this 16 day of July, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **April 10, 2008**, wherein the defendant **Alberto Carlos Hernandez-Contreras** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Alberto Carlos Hernandez-Contreras** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Alberto Carlos Hernandez-Contreras guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).**

SIGNED this the 16 day of July, 2008.

_____
Hilda G. Tagle
United States District Judge

770426